UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-10013-CR-MARTINEZ

UNITED STATES OF AMERICA

     Plaintiff,

vs.

ANDRE GEORGE HEADLEY,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the

District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on May 18,

2017. A Report and Recommendation was filed on June 5, 2017, [ECF No. *58*],

recommending that the Defendant's plea of guilty be accepted. The parties were afforded

the opportunity to file objections to the Report and Recommendation, however none were

filed. The Court has reviewed the entire file and record and notes that no objections have

been filed. After careful consideration, the Court affirms and adopts the Report and

Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No.

58]of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and**

**ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 23 of the Indictment, which charges him with illegal re-entry into the United States, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of June, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office